# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | NO. 16-290 |
| **MUADHDHIN BEY** | |

## O R D E R

**AND NOW**, this 6th day of March, 2017, upon consideration of Defendant's Motion to Suppress Physical Evidence and Statements, the government's opposition thereto, the parties' supplemental briefs, and following an evidentiary hearing, **IT IS ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone

**WENDY BEETLESTONE, J.**