IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| v. | NO. 16-290 |
| MUADHDHIN BEY, | |

# O R D E R

**AND NOW**, this 11th day of April, 2017, upon consideration of Defendant's Unopposed Motion For A Thirty (30) Day Continuance Of Trial (ECF 54), and the Court finding that this action cannot proceed to trial because a failure to grant a continuance would deny the defendant reasonable time necessary for adequate and effective preparation, and would likely make an orderly and fair proceeding impossible or result in a miscarriage of justice, and that the ends of justice served by granting this continuance outweigh the bests interests of the public and the defendant in a speedy trial, **IT IS ORDERED** that the motion is **GRANTED** pursuant to 18 U.S.C. § 3161(h)(7)(A)-(B).

**IT IS FURTHER ORDERED** as follows:

1. Jury Trial is **SPECIALLY-LISTED** to commence at 9:00 AM on May 1, 2017, in Courtroom 3-B, U.S. Courthouse – Philadelphia, Pennsylvania.

2. A hearing on the Government's motion will be held at 2:00 PM on Wednesday, April 26, 2017, in Courtroom 3-B, U.S. Courthouse – Philadelphia, Pennsylvania.

3. Trial counsel are attached for the motions hearing and the trial.

BY THE COURT:

/s/ Wendy Beetlestone

**WENDY BEETLESTONE, J.,**