IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 16-290 |
| MUADHDHIN BEY | |

**O R D E R**

**AND NOW**, this 28th day of April, 2017, upon consideration of the government's Motion in Limine to Admit Evidence under Federal Rules of Evidence 404(b) and 801(d)(2)(A), and Defendant Bey's response thereto, **IT IS ORDERED** that the government's Motion is **DENIED**. The government is **PROHIBITED** from introducing evidence related to the Defendant's arrest and conviction for firearm possession in 2002. The government is also **PROHIBITED** from introducing evidence relating to the songs "Criminal," "Love Me," "Straight Outta Philly," and "Outtro."

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**