IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 16-290-1** |
| | : | |
| **MUADHDHIN BEY** | : | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment entered on August 25, 2017.

Respectfully submitted,

*/s/ Kathleen M. Gaughan*
KATHLEEN M. GAUGHAN
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

    I, Kathleen M. Gaughan, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the attached Notice of Appeal to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing and/or by hand delivery upon:

Jonathan B. Ortiz
United States Attorney's Office
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

                                                    */s/ Kathleen M. Gaughan*
                                                    KATHLEEN M. GAUGHAN
                                                    Assistant Federal Defender

DATE:  September 5, 2017